# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

# DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of<br><br>JORDAN MATTHEW DOUGLAS,<br><br>Petitioner. | No. 56610-9-II<br><br>UNPUBLISHED OPINION |

WORSWICK, J. — Jordan Matthew Douglas seeks relief from personal restraint imposed following his 2015 plea of guilty to unlawful possession of controlled substances under RCW 69.50.4013(1). He argues that his conviction is void under *State v. Blake*, 197 Wn.2d 170, 481 P.3d 521 (2021). The State concedes that Douglas's conviction is void. We accept the State's concession, grant Douglas's petition, and remand to the trial court to vacate his judgment and sentence. We deny his request for appointment of counsel for this petition.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

Worswick, J.

We concur:

Glasgow, ACJ.

Veljacic, J.